KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6774
   FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
JUL 1 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 MMC |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL INDICMTENT AND [PROPOSED] ORDER |
| v. | |
| YOUNG JOON YANG et al. | |
| Defendants. | |

    The government hereby moves the Court for an order unsealing the Indictment filed in this case. Now that a number of the defendants have been arrested, the government believes unsealing the Indictment is appropriate.

DATED: July 1, 2005

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
PETER B. AXELROD
Assistant United States Attorney

UNITED STATES V. YANG et. al., CR 05-00395 MMC
MOT. UNSEAL

1

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's motion to unseal the Indictment is GRANTED. The Clerk of the Court is hereby directed to unseal the Indictment.

DATED: July 1, 2005

_____
NANDOR VADAS
United States Magistrate Judge

UNITED STATES V. YANG et. al., CR 05-00395 MMC
MOT. UNSEAL

2