1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WBN 0722)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   Assistant United States Attorney
5
   ANDREW KLINE (DCBN 441845)
6  J. EVANS RICE III (DCBN 481768)
   Trial Attorneys, U.S. Department of Justice
7
        450 Golden Gate Avenue, 11th Floor
8       San Francisco, California 94102
        Telephone: (415) 436-6774
9       Fax: (415) 436-7234

10 Attorneys for the United States

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,              )    No. CR 05-00395 MMC CRB
15                                        )
            Plaintiff,                    )    STIPULATION AND [PROPOSED]
16                                        )    PROTECTIVE ORDER REGARDING
            v.                            )    DISCOVERY
17                                        )
   YOUNG JOON YANG, aka Yang,             )
18 WU SANG NAH, aka Kang                  )
   SUNG YONG KIM, aka Nam, aka Mr. Kim,)
19 HANG JOE YOON, aka Mr. Lee,            )
   MYONG SU AHN, aka Paula Lee,           )
20 NAM YOUNG LEE,                         )
   FRED A. FRAZIER,                       )
21 TRONG DU NGUYEN, aka John              )
   AHDI M. NASHASHIBI,                    )
22 YOUNG JOO LEE,                         )
   MIN YOUNG BANG,                        )
23 IN SEUNG KIM,                          )
   SEYUN KIM,                             )
24 EUGENE YI,                             )
   CHANG SOO YOUN,                        )
25 MO SOOK YANG,                          )
   KEUN SUNG LEE, aka Kenneth,            )
26 MYUNG JIN CHANG,                       )
   WON SEOK YOO,                          )
27 JIMMY GONG YAN LEE,                    )
   AESUN KIM, aka Mami,                   )
28                                        )

   PROTECTIVE ORDER                            1
   [CR 05-00395 MMC]

1  HYEON J. PARK,                          )
   ANTHONY GAR LAU,                        )
2  MI YOUNG SIM, aka Jackie,               )
   KUM PAE YI,                             )
3  HAN LEE,                                )
   HYE CHA KIM, aka Kelly,                 )
4  JIN AH KANG,                            )
   YON SUK PANG, aka Nana,                 )
5                                          )
        Defendants.                        )
6  _____)

7
         The United States, through its counsel of record, and the defendants, through their
8
   counsel of record, hereby agree and stipulate that the government will provide discovery on the
9
   following conditions:
10
         1.    Protected Material
11
         The discovery produced in this matter is deemed Protected Material. Possession of
12
   copies of the Protected Material is limited to the defendants, their attorneys of record, and
13
   investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the
14
   attorneys of record (hereinafter collectively referred to as "members of the defense team").
15
         The defendants, their attorneys of record, and members of the defense team acknowledge
16
   that providing copies of the Protected Material to other persons is prohibited, and agree not to
17
   duplicate or provide copies of the Protected Material to other persons. The defendants, their
18
   attorneys of record, and members of the defense team may show Protected Material to witnesses
19
   or prospective witnesses in conjunction with their defense of the defendants in this case. The
20
   defendants, their attorneys of record, and members of the defense team further acknowledge that
21
   they are prohibited from using the Protected Material for any purpose other than defending the
22
   defendant in the above-captioned matter. Any violation of these prohibitions constitutes a
23
   violation of the Protective Order. Further, the attorneys of record agree that prior to
24
   disseminating any copies of the Protected Material to members of the defense team, they will
25
   provide a copy of this Protective Order to members of the defense team.
26
         Notwithstanding efforts taken by the government to redact personal information of
27
   witnesses from the discovery provided to the defense (such as date of birth, social security
28

PROTECTIVE ORDER
[CR 05-00395 MMC]                           2

1 numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the
2 defense team agree that, should any such information be found during their review of this
3 material, they will not provide that personal information in any form – whether in verbal, written
4 or electronic format – to any third party, for any reason whatsoever.

5     2   <u>Nontermination</u>

6     The provisions of this Order shall not terminate at the conclusion of this prosecution but
7 only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendants'
8 attorneys of record shall return all copies of any Protected Material (including all copies provided
9 to the defendants, their attorneys of record, and members of the defense team) to the United
10 States Attorney's Office for the Northern District of California.

11     SO STIPULATED.

12
13 DATED: 7/27/05

    PETER B. AXELROD
    Assistant United States Attorney

14
15     ANDREW KLINE
    J. EVANS RICE III
16     Trial Attorneys, U.S. Department of Justice

17
18 DATED: 7/27/05

    RICHARD TAMOR
    Counsel for Defendant Young Joon YANG

19
20 DATED:

    GARY LAFF
21     Counsel for Defendant Myong Su AHN

22
23 DATED:

    RANDY S. POLLOCK
24     Counsel for Defendant Min Young BANG

25 DATED:

    IAN G. LOVESETH
26     Counsel for Defendant Myung Jin CHANG

27
28

PROTECTIVE ORDER
[CR 05-00395 MMC]       3

numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

2    Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of a verdict or guilty plea, the defendants' attorneys of record shall return all copies of any Protected Material (including all copies provided to the defendants, their attorneys of record, and members of the defense team) to the United States Attorney's Office for the Northern District of California.

SO STIPULATED.

DATED:

PETER B. AXELROD
Assistant United States Attorney

ANDREW KLINE
J. EVANS RICE III
Trial Attorneys, U.S. Department of Justice

DATED:

RICHARD TAMOR
Counsel for Defendant Young Joon YANG

DATED:

GARY LAFF
Counsel for Defendant Myong Su AHN

DATED:

RANDY S. POLLOCK
Counsel for Defendant Min Young BANG

DATED:    7/26/2005

IAN G. LOVESETH
Counsel for Defendant Myung Jin CHANG

PROTECTIVE ORDER
[CR 05-00395 MMC]                    3

1   numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the

2   defense team agree that, should any such information be found during their review of this

3   material, they will not provide that personal information in any form – whether in verbal, written

4   or electronic format – to any third party, for any reason whatsoever.

5       2   Nontermination

6       The provisions of this Order shall not terminate at the conclusion of this prosecution but

7   only upon further order of this Court. Within 30 days of a verdict or guilty plea, the defendants'

8   attorneys of record shall return all copies of any Protected Material (including all copies provided

9   to the defendants, their attorneys of record, and members of the defense team) to the United

10  States Attorney's Office for the Northern District of California.

11      SO STIPULATED.

12
13  DATED:                          PETER B. AXELROD
                                    Assistant United States Attorney
14
                                    ANDREW KLINE
15                                  J. EVANS RICE III
                                    Trial Attorneys, U.S. Department of Justice
16

17
18  DATED:                          RICHARD TAMOR
                                    Counsel for Defendant Young Joon YANG
19

20  DATED:                          GARY LAFF
21                                  Counsel for Defendant Myong Su AHN

22                                  Randy Sue Pollock
    DATED: 7/19/05
23                                  RANDY S. POLLOCK
                                    Counsel for Defendant Min Young BANG
24

25  DATED:                          IAN G. LOVESETH
26                                  Counsel for Defendant Myung Jin CHANG

27

28

    PROTECTIVE ORDER                         3
    [CR 05-00395 MMC]

1    numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the

2    defense team agree that, should any such information be found during their review of this

3    material, they will not provide that personal information in any form – whether in verbal, written

4    or electronic format – to any third party, for any reason whatsoever.

5          2    Nontermination

6          The provisions of this Order shall not terminate at the conclusion of this prosecution but

7    only upon further order of this Court. Within 30 days of a verdict or guilty plea, the defendants'

8    attorneys of record shall return all copies of any Protected Material (including all copies provided

9    to the defendants, their attorneys of record, and members of the defense team) to the United

10   States Attorney's Office for the Northern District of California.

11         SO STIPULATED.

12

13   DATED:                                      _____
                                                 PETER B. AXELROD
14                                               Assistant United States Attorney

15                                               ANDREW KLINE
                                                 J. EVANS RICE III
16                                               Trial Attorneys, U.S. Department of Justice

17

18   DATED:                                      _____
                                                 RICHARD TAMOR
19                                               Counsel for Defendant Young Joon YANG

20   DATED:                                      _____
                                                 GARY LAFF
21                                               Counsel for Defendant Myong Su AHN

22

23   DATED:                                      _____
                                                 RANDY S. POLLOCK
24                                               Counsel for Defendant Min Young BANG

25   DATED: 7/20/05                              _____
                                                 IAN G. LOVESETH
26                                               Counsel for Defendant Myung Jin CHANG

27

28

     PROTECTIVE ORDER
     [CR 05-00395 MMC]                           3

1

2  DATED: 7/20/05

3                                          J. FRANK MCCABE
                                           Counsel for Defendant Fred FRAZIER
4

5  DATED:
                                           MICHAEL BERGER
6                                          Counsel for Defendant Jin Ah KANG

7  DATED:
                                           ERIN CRANE
8                                          Counsel for Defendant Aesum KIM

9
   DATED:
10                                         SCOTT SUGARMAN
11                                         Counsel for Defendant Hye Cha KIM

12 DATED:
                                           MICHAEL MURRAY
13                                         Counsel for Defendant In Seung KIM

14 DATED:
                                           ELIZABETH FALK
15                                         Counsel for Defendant Seyun KIM

16
   DATED:
17                                         STEVEN GRUEL/RANDY MONTASANO
18                                         Counsel for Defendant Anthony Gar LAU

19 DATED:
                                           CHARLES BORDON
20                                         Counsel for Defendant Han LEE

21
   DATED:
22                                         ALAN DRESSLER
23                                         Counsel for Defendant Jimmy Gong Yan LEE

24 DATED:
                                           TAK S CHANG / ALAN BAUM
25                                         Counsel for Defendant Keun Sung LEE

26
   DATED:
27                                         GARY LAFF
28                                         Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]                    4

1

2  DATED:

3                                                    J. FRANK MCCABE
                                                     Counsel for Defendant Fred FRAZIER
4
    DATED: 7/27/05
5                                                    MICHAEL BERGER
                                                     Counsel for Defendant Jin Ah KANG
6

7  DATED:

8                                                    ERIN CRANE
                                                     Counsel for Defendant Aesun KIM
9

10  DATED:
                                                     SCOTT SUGARMAN
11                                                   Counsel for Defendant Hye Cha KIM

12  DATED:

13                                                   MICHAEL MURRAY
                                                     Counsel for Defendant In Seung KIM
14  DATED:

15                                                   ELIZABETH FALK
                                                     Counsel for Defendant Seyun KIM
16

17  DATED:
                                                     STEVEN GRUEL/RANDY MONTASANO
18                                                   Counsel for Defendant Anthony Gar LAU

19  DATED:

20                                                   CHARLES BORDON
                                                     Counsel for Defendant Han LEE
21

22  DATED:
                                                     ALAN DRESSLER
23                                                   Counsel for Defendant Jimmy Gong Yan LEE

24  DATED:

25                                                   TAK S CHANG / ALAN BAUM
                                                     Counsel for Defendant Keun Sung LEE
26

27  DATED:
                                                     GARY LAFF
28                                                   Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]                           4

1

2   DATED:                              _____
                                        J. FRANK MCCABE
3                                       Counsel for Defendant Fred FRAZIER

4
    DATED:                              _____
5                                       MICHAEL BERGER
                                        Counsel for Defendant Jin Ah KANG
6

7   DATED:                              _____
                                        ERIN CRANE
8                                       Counsel for Defendant Aesun KIM

9
    DATED:                              _____
10                                      SCOTT SUGARMAN
                                        Counsel for Defendant Hye Cha KIM
11

12  DATED:                              _____
                                        MICHAEL MURRAY
13                                      Counsel for Defendant In Seung KIM

14  DATED:                              _____
                                        ELIZABETH FALK
15                                      Counsel for Defendant Seyun KIM

16
    DATED:                              _____
17                                      STEVEN GRUEL/RANDY MONTASANO
                                        Counsel for Defendant Anthony Gar LAU
18

19  DATED:                              _____
                                        CHARLES BORDON
20                                      Counsel for Defendant Han LEE

21
    DATED:                              _____
22                                      ALAN DRESSLER
                                        Counsel for Defendant Jimmy Gong Yan LEE
23

24  DATED:                              _____
                                        TAK S CHANG / ALAN BAUM
25                                      Counsel for Defendant Keun Sung LEE

26
    DATED:                              _____
27                                      GARY LAFF
                                        Counsel for Defendant Nam Young LEE
28

PROTECTIVE ORDER
[CR 05-00395 MMC]                                   4

1

2   DATED:

3                                          J. FRANK MCCABE
                                           Counsel for Defendant Fred FRAZIER
4

5   DATED:
                                           MICHAEL BERGER
6                                          Counsel for Defendant Jin Ah KANG

7   DATED:

8                                          ERIN CRANE
                                           Counsel for Defendant Aesun KIM
9
    DATED: 7/28/05
10                                         SCOTT SUGARMAN
                                           Counsel for Defendant Hye Cha KIM
11

12  DATED:

13                                         MICHAEL MURRAY
                                           Counsel for Defendant In Seung KIM
14  DATED:

15                                         ELIZABETH FALK
                                           Counsel for Defendant Seyun KIM
16
    DATED:
17                                         STEVEN GRUEL/RANDY MONTASANO
                                           Counsel for Defendant Anthony Gar LAU
18

19  DATED:

20                                         CHARLES BORDON
                                           Counsel for Defendant Han LEE
21

22  DATED:
                                           ALAN DRESSLER
23                                         Counsel for Defendant Jimmy Gong Yan LEE

24  DATED:

25                                         TAK S CHANG / ALAN BAUM
                                           Counsel for Defendant Keun Sung LEE
26
    DATED:
27                                         GARY LAFF
                                           Counsel for Defendant Nam Young LEE
28

PROTECTIVE ORDER
[CR 05-00395 MMC]                          4

1

2    DATED:
                                    J. FRANK MCCABE
3                                   Counsel for Defendant Fred FRAZIER

4
     DATED:
5                                   MICHAEL BERGER
6                                   Counsel for Defendant Jin Ah KANG

7    DATED:
                                    ERIN CRANE
8                                   Counsel for Defendant Aesun KIM

9
     DATED:
10                                  SCOTT SUGARMAN
11                                  Counsel for Defendant Hye Cha KIM

12   DATED: 7/19/05
                                    MICHAEL MURRAY
13                                  Counsel for Defendant In Seung KIM

14   DATED:
                                    ELIZABETH FALK
15                                  Counsel for Defendant Seyun KIM

16
     DATED:
17                                  STEVEN GRUEL/RANDY MONTASANO
                                    Counsel for Defendant Anthony Gar LAU
18

19   DATED:
                                    CHARLES BORDON
20                                  Counsel for Defendant Han LEE

21
     DATED:
22                                  ALAN DRESSLER
                                    Counsel for Defendant Jimmy Gong Yan LEE
23

24   DATED:
                                    TAK'S CHANG / ALAN BAUM
25                                  Counsel for Defendant Keun Sung LEE

26
     DATED.
27                                  GARY LAFF
                                    Counsel for Defendant Nam Young LEE
28

     PROTECTIVE ORDER
     [CR 05-00395 MMC]                        4

JUL 22 2005 FRI 02:31 PM CROWNE PLAZA MACON    FAX No. 478 738 2460    P.002/002
Case 3:05-cr-00395-CRB   Document 119   Filed 07/28/05   Page 12 of 30   P.07

JUL-22-2005  08:12

DATED:
_____
J. FRANK MCCABE
Counsel for Defendant Fred FRAZIER

DATED:
_____
MICHAEL BERGER
Counsel for Defendant Jin Ah KANG

DATED:
_____
ERIN CRANE
Counsel for Defendant Aesun KIM

DATED:
_____
SCOTT SUGARMAN
Counsel for Defendant Hye Cha KIM

DATED:
_____
MICHAEL MURRAY
Counsel for Defendant In Seung KIM

DATED: 7/22/05
_Elizabeth M. Falk_
ELIZABETH FALK
Counsel for Defendant Seyun KIM

DATED:
_____
STEVEN GRUEL/RANDY MONTASANO
Counsel for Defendant Anthony Gar LAU

DATED:
_____
CHARLES BORDON
Counsel for Defendant Han LEE

DATED:
_____
ALAN DRESSLER
Counsel for Defendant Jimmy Gong Yan LEE

DATED:
_____
TAK S CHANG / ALAN BAUM
Counsel for Defendant Keun Sung LEE

DATED:
_____
GARY LAFF
Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]                    4

DATED:

_____
J. FRANK MCCABE
Counsel for Defendant Fred FRAZIER

DATED:

_____
MICHAEL BERGER
Counsel for Defendant Jin Ah KANG

DATED:

_____
ERIN CRANE
Counsel for Defendant Aesun KIM

DATED:

_____
SCOTT SUGARMAN
Counsel for Defendant Hye Cha KIM

DATED:

_____
MICHAEL MURRAY
Counsel for Defendant In Seung KIM

DATED:

_____
ELIZABETH FALK
Counsel for Defendant Seyun KIM

DATED:   7-20-05

_____
STEVEN GRUEL/RANDY MONTASANO
Counsel for Defendant Anthony Gar LAU

DATED:

_____
CHARLES BORDON
Counsel for Defendant Han LEE

DATED:

_____
ALAN DRESSLER
Counsel for Defendant Jimmy Gong Yan LEE

DATED:

_____
TAK S CHANG / ALAN BAUM
Counsel for Defendant Keun Sung LEE

DATED:

_____
GARY LAFF
Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]                    4

1

2  DATED:

3                                              J. FRANK MCCABE
                                               Counsel for Defendant Fred FRAZIER

4

5  DATED:                                      MICHAEL BERGER
                                               Counsel for Defendant Jin Ah KANG

6

7  DATED:

8                                              ERIN CRANE
                                               Counsel for Defendant Aesun KIM

9

10  DATED:                                     SCOTT SUGARMAN
                                               Counsel for Defendant Hye Cha KIM

11

12  DATED:

13                                             MICHAEL MURRAY
                                               Counsel for Defendant In Seung KIM

14  DATED:

15                                             ELIZABETH FALK
                                               Counsel for Defendant Seyun KIM

16

17  DATED:                                     STEVEN GRUEL/RANDY MONTASANO
                                               Counsel for Defendant Anthony Gar LAU

18

19  DATED:  7/20/05

20                                             CHARLES BORDON
                                               Counsel for Defendant Han LEE

21

22  DATED:                                     ALAN DRESSLER
                                               Counsel for Defendant Jimmy Gong Yan LEE

23

24  DATED:

25                                             TAK S CHANG / ALAN BAUM
                                               Counsel for Defendant Keun Sung LEE

26

27  DATED:                                     GARY LAFF
                                               Counsel for Defendant Nam Young LEE

28

PROTECTIVE ORDER
[CR 05-00395 MMC]                    4

1

2    DATED:
                                    _____
3                                   J. FRANK MCCABE
                                    Counsel for Defendant Fred FRAZIER
4
     DATED:
5                                   _____
                                    MICHAEL BERGER
6                                   Counsel for Defendant Jin Ah KANG

7    DATED:
                                    _____
8                                   ERIN CRANE
                                    Counsel for Defendant Aesun KIM
9
     DATED:
10                                  _____
                                    SCOTT SUGARMAN
11                                  Counsel for Defendant Hye Cha KIM

12   DATED:
                                    _____
13                                  MICHAEL MURRAY
                                    Counsel for Defendant In Seung KIM
14   DATED:
                                    _____
15                                  ELIZABETH FALK
                                    Counsel for Defendant Seyun KIM
16
     DATED:
17                                  _____
                                    STEVEN GRUEL/RANDY MONTASANO
18                                  Counsel for Defendant Anthony Gar LAU

19   DATED:
                                    _____
20                                  CHARLES BORDON
                                    Counsel for Defendant Han LEE
21
     DATED: 7-22-05
22                                  _____
                                    ALAN DRESSLER
23                                  Counsel for Defendant Jimmy Gong Yan LEE

24   DATED:
                                    _____
25                                  TAK S CHANG / ALAN BAUM
                                    Counsel for Defendant Keun Sung LEE
26
     DATED:
27                                  _____
                                    GARY LAFF
28                                  Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]                          4

07/20/2005 11:16    818-313-6871                CRIMINAL DEFENSE                    PAGE  05/07
                                                                                          P.07/09
Case 3:05-cr-00395-CRB   Document 119   Filed 07/28/05   Page 16 of 30

JUL-19-2005  18:14

1

2   DATED:                                    J. FRANK MCCABE
3                                             Counsel for Defendant Fred FRAZIER

4
    DATED:                                    MICHAEL BERGER
5                                             Counsel for Defendant Jin Ah KANG
6

7   DATED:                                    ERIN CRANE
8                                             Counsel for Defendant Aesun KIM

9
    DATED:                                    SCOTT SUGARMAN
10                                            Counsel for Defendant Hye Cha KIM
11

12  DATED:                                    MICHAEL MURRAY
13                                            Counsel for Defendant In Scung KIM

14  DATED:                                    ELIZABETH FALK
15                                            Counsel for Defendant Seyun KIM

16
    DATED:                                    STEVEN GRUEL/RANDY MONTASANO
17                                            Counsel for Defendant Anthony Gar LAU
18

19  DATED:                                    CHARLES BORDON
20                                            Counsel for Defendant Han LEE

21
    DATED:                                    ALAN DRESSLER
22                                            Counsel for Defendant Jimmy Gong Yan LEE
23

24  DATED:  7-20-05                           LAK D CHANG / ALAN BAUM
25                                            Counsel for Defendant Keun Sung LEE

26
    DATED:                                    GARY LAFF
27                                            Counsel for Defendant Nam Young LEE
28

    PROTECTIVE ORDER
    [CR 05-00395 MMC]                                    4

DATED:

_____
J. FRANK MCCABE
Counsel for Defendant Fred FRAZIER

DATED:

_____
MICHAEL BERGER
Counsel for Defendant Jin Ah KANG

DATED:

_____
ERIN CRANE
Counsel for Defendant Aesun KIM

DATED:

_____
SCOTT SUGARMAN
Counsel for Defendant Hye Cha KIM

DATED:

_____
MICHAEL MURRAY
Counsel for Defendant In Seung KIM

DATED:

_____
ELIZABETH FALK
Counsel for Defendant Seyun KIM

DATED:

_____
STEVEN GRUEL/RANDY MONTASANO
Counsel for Defendant Anthony Gar LAU

DATED:

_____
CHARLES BORDON
Counsel for Defendant Han LEE

DATED:

_____
ALAN DRESSLER
Counsel for Defendant Jimmy Gong Yan LEE

DATED:

_____
TAK S CHANG / ALAN BAUM
Counsel for Defendant Keun Sung LEE

DATED: 7/26/2005

_____
GARY LAFF
Counsel for Defendant Nam Young LEE

PROTECTIVE ORDER
[CR 05-00395 MMC]

4

1    DATED: 7-21-05

                                    _____
2                                   DIANA WEISS
                                    Counsel for Defendant Young Joo LEE
3
     DATED:
4                                   _____
                                    ROBERT F. KANE
5                                   Counsel for Defendant Ahdi M. NASHASHIBI

6
     DATED:
7                                   _____
                                    EDWARD SWANSON
8                                   Counsel for Defendant Trong Du NGUYEN

9
     DATED:
10                                  _____
                                    EDWARD HUNG
11                                  Counsel for Defendant Yon Suk PANG

12   DATED:
                                    _____
13                                  GERI L. GREEN
                                    Counsel for Defendant Hyeon J. PARK
14
     DATED:
15                                  _____
                                    GEORGE WALKER
16                                  Counsel for Defendant Mi Young SIM

17   DATED:
                                    _____
18                                  KENNETH WINE
                                    Counsel for Defendant Mo Sook YANG
19
     DATED:
20                                  _____
                                    MICHAEL HINKLEY
21                                  Counsel for Defendant Eugene YI

22   DATED:
                                    _____
23                                  MARK VERMEULEN
                                    Counsel for Defendant Kum Pae YI
24
     DATED:
25                                  _____
                                    ERIK BABCOCK
26                                  Counsel for Defendant Won Seok YOO

27   DATED:
                                    _____
28                                  STEPHEN SHAIKEN
                                    Counsel for Defendant Hang Joe YOON

     PROTECTIVE ORDER
     [CR 05-00395 MMC]                          5

1  DATED:

2                                            DIANA WEISS
                                             Counsel for Defendant Young Joo LEE

3  DATED:

4                                            ROBERT F. KANE
                                             Counsel for Defendant Ahdi M. NASHASHIBI
5

6  DATED:

7                                            EDWARD SWANSON
                                             Counsel for Defendant Trong Du NGUYEN
8

9  DATED:

10                                           EDWARD HUNG
                                             Counsel for Defendant Yon Suk PANG
11

12 DATED:

13                                           GERI L. GREEN
                                             Counsel for Defendant Hyeon J. PARK
14 DATED:

15                                           GEORGE WALKER
                                             Counsel for Defendant Mi Young SIM
16

17 DATED:

18                                           KENNETH WINE
                                             Counsel for Defendant Mo Sook YANG
19

20 DATED:

                                             MICHAEL HINKLEY
21                                           Counsel for Defendant Eugene YI

22 DATED:

23                                           MARK VERMEULEN
                                             Counsel for Defendant Kum Pae YI
24

25 DATED:

                                             ERIK BABCOCK
26                                           Counsel for Defendant Won Seok YOO

27 DATED:

28                                           STEPHEN SHAIKEN
                                             Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER
[CR 05-00395 MMC]                    5

1  DATED:

2                                   DIANA WEISS
                                    Counsel for Defendant Young Joo LEE
3

4  DATED:
                                    ROBERT F. KANE
5                                   Counsel for Defendant Ahdi M. NASHASHIBI

6  DATED:   7-21-05

7                                   EDWARD SWANSON
                                    Counsel for Defendant Trong Du NGUYEN
8

9  DATED:

10                                  EDWARD HUNG
                                    Counsel for Defendant Yon Suk PANG
11

12 DATED:

13                                  GERI L. GREEN
                                    Counsel for Defendant Hyeon J. PARK
14

15 DATED:
                                    GEORGE WALKER
16                                  Counsel for Defendant Mi Young SIM

17 DATED:

18                                  KENNETH WINE
                                    Counsel for Defendant Mo Sook YANG
19

20 DATED:
                                    MICHAEL HINKLEY
21                                  Counsel for Defendant Eugene YI

22 DATED:

23                                  MARK VERMEULEN
                                    Counsel for Defendant Kum Pae YI
24

25 DATED:
                                    ERIK BABCOCK
26                                  Counsel for Defendant Won Seok YOO

27 DATED:

28                                  STEPHEN SHAIKEN
                                    Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER
(CR 05-00395 MMC)                        5

1  DATED:

2                                    DIANA WEISS
                                     Counsel for Defendant Young Joo LEE
3

4  DATED:                            ROBERT F. KANE
                                     Counsel for Defendant Ahdi M. NASHASHIBI
5

6  DATED:

7                                    EDWARD SWANSON
                                     Counsel for Defendant Trong Du NGUYEN
8

9

10 DATED:  7/20/05                   EDWARD HUNG
                                     Counsel for Defendant Yon Suk PANG
11

12 DATED:                            GERI L. GREEN
                                     Counsel for Defendant Hyeon J. PARK
13

14
   DATED:
15                                   GEORGE WALKER
                                     Counsel for Defendant Mi Young SIM
16

17 DATED:                            KENNETH WINE
                                     Counsel for Defendant Mo Sook YANG
18

19
   DATED:
20                                   MICHAEL HINKLEY
                                     Counsel for Defendant Eugene YI
21

22 DATED:                            MARK VERMEULEN
                                     Counsel for Defendant Kum Pae YI
23

24
   DATED:
25                                   ERIK BABCOCK
                                     Counsel for Defendant Won Seok YOO
26

27 DATED:                            STEPHEN SHAIKEN
                                     Counsel for Defendant Hang Joe YOON
28

PROTECTIVE ORDER
[CR 05-00395 MMC]                    5

1 | DATED:

DIANA WEISS
2 | Counsel for Defendant Young Joo LEE

3
DATED:
4
ROBERT F. KANE
5 | Counsel for Defendant Ahdi M. NASHASHIBI

6
DATED:
7
EDWARD SWANSON
8 | Counsel for Defendant Trong Du NGUYEN

9
DATED:
10
EDWARD HUNG
11 | Counsel for Defendant Yon Suk PANG

12 | DATED: 7/20/05

13 | GERI L. GREEN
Counsel for Defendant Hyeon J. PARK

14
DATED:
15
GEORGE WALKER
16 | Counsel for Defendant Mi Young SIM

17 | DATED:

KENNETH WINE
18 | Counsel for Defendant Mo Sook YANG

19
DATED:
20
MICHAEL HINKLEY
21 | Counsel for Defendant Eugene YI

22 | DATED:

MARK VERMEULEN
23 | Counsel for Defendant Kum Pae YI

24
DATED:
25
ERIK BABCOCK
26 | Counsel for Defendant Won Seok YOO

27 | DATED:

STEPHEN SHAIKEN
28 | Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER
[CR 05-00395 MMC]                        5



DATED: _____
DIANA WEISS
Counsel for Defendant Young Joo LEE

DATED: _____
ROBERT F. KANE
Counsel for Defendant Ahdi M. NASHASHIBI

DATED: _____
EDWARD SWANSON
Counsel for Defendant Trong Du NGUYEN

DATED: _____
EDWARD HUNG
Counsel for Defendant Yon Suk PANG

DATED: _____
GERI L. GREEN
Counsel for Defendant Hyeon J. PARK

DATED: 7/21/05 _____
GEORGE WALKER
Counsel for Defendant Mi Young SIM

DATED: _____
KENNETH WINE
Counsel for Defendant Mo Sook YANG

DATED: _____
MICHAEL HINKLEY
Counsel for Defendant Eugene YI

DATED: _____
MARK VERMEULEN
Counsel for Defendant Kum Pae YI

DATED: _____
ERIK BABCOCK
Counsel for Defendant Won Seok YOO

DATED: _____
STEPHEN SHAIKEN
Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER
[CR 05-00395 MMC]                    5

1   DATED:

2                                          DIANA WEISS
                                           Counsel for Defendant Young Joo LEE
3
    DATED:
4
                                           ROBERT F. KANE
5                                          Counsel for Defendant Ahdi M. NASHASHIBI

6
    DATED:
7
                                           EDWARD SWANSON
8                                          Counsel for Defendant Trong Du NGUYEN

9
    DATED:
10
                                           EDWARD HUNG
11                                         Counsel for Defendant Yon Suk PANG

12  DATED:

13                                         GERI L. GREEN
                                           Counsel for Defendant Hyeon J. PARK
14
    DATED:
15
                                           GEORGE WALKER
16                                         Counsel for Defendant Mi Young SIM

17  DATED: 7/20/05

18                                         KENNETH WINE
                                           Counsel for Defendant Mo Sook YANG
19
    DATED:
20
                                           MICHAEL HINKLEY
21                                         Counsel for Defendant Eugene YI

22  DATED:

23                                         MARK VERMEULEN
                                           Counsel for Defendant Kum Pae YI
24
    DATED:
25
                                           ERIK BABCOCK
26                                         Counsel for Defendant Won Seok YOO

27  DATED:

28                                         STEPHEN SHAIKEN
                                           Counsel for Defendant Hang Joe YOON

    PROTECTIVE ORDER
    [CR 05-00395 MMC]                          5

1   DATED:
                                    DIANA WEISS
2                                   Counsel for Defendant Young Joo LEE

3
    DATED:
4                                   ROBERT F. KANE
5                                   Counsel for Defendant Ahdi M. NASHASHIBI

6
    DATED:
7                                   EDWARD SWANSON
                                    Counsel for Defendant Trong Du NGUYEN
8

9
    DATED:
10                                  EDWARD HUNG
                                    Counsel for Defendant Yon Suk PANG
11

12  DATED:
                                    GERI L. GREEN
13                                  Counsel for Defendant Hyeon J. PARK

14
    DATED
15                                  GEORGE WALKER
                                    Counsel for Defendant Mi Young SIM
16

17  DATED:
                                    KENNETH WINE
18                                  Counsel for Defendant Mo Sook YANG

19
    DATED:  7/21/05
20                                  MICHAEL HINKLEY
                                    Counsel for Defendant Eugene YI
21

22  DATED:
                                    MARK VERMEULEN
23                                  Counsel for Defendant Kum Pae YI

24
    DATED:
25                                  ERIK BABCOCK
                                    Counsel for Defendant Won Seok YOO
26

27  DATED:
                                    STEPHEN SHAIKEN
28                                  Counsel for Defendant Hang Joe YOON

    PROTECTIVE ORDER
    [CR 05-00395 MMC]                        5

1  DATED:
2
                                        DIANA WEISS
                                        Counsel for Defendant Young Joo LEE
3
4  DATED:
                                        ROBERT F. KANE
5                                       Counsel for Defendant Ahdi M. NASHASHIBI
6
7  DATED:
                                        EDWARD SWANSON
8                                       Counsel for Defendant Trong Du NGUYEN
9
10 DATED:
                                        EDWARD HUNG
11                                      Counsel for Defendant Yon Suk PANG
12 DATED:
                                        GERI L. GREEN
13                                      Counsel for Defendant Hyeon J. PARK
14
15 DATED:
                                        GEORGE WALKER
16                                      Counsel for Defendant Mi Young SIM
17 DATED:
                                        KENNETH WINE
18                                      Counsel for Defendant Mo Sook YANG
19
20 DATED:
                                        MICHAEL HINKLEY
21                                      Counsel for Defendant Eugene YI
22 DATED: 07.26.05
                                        MARK VERMEULEN
23                                      Counsel for Defendant Kum Pae YI
24
25 DATED:
                                        ERIK BABCOCK
26                                      Counsel for Defendant Won Seok YOO
27 DATED:
                                        STEPHEN SHAIKEN
28                                      Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER
[CR 05-00395 MMC]                        5

1   DATED:
                                        _____
2                                       DIANA WEISS
                                        Counsel for Defendant Young Joo LEE
3
    DATED:
4                                       _____
                                        ROBERT F. KANE
5                                       Counsel for Defendant Ahdi M. NASHASHIBI

6
    DATED:
7                                       _____
                                        EDWARD SWANSON
8                                       Counsel for Defendant Trong Du NGUYEN

9
    DATED:
10                                      _____
                                        EDWARD HUNG
11                                      Counsel for Defendant Yon Suk PANG

12  DATED:
                                        _____
13                                      GERI L. GREEN
                                        Counsel for Defendant Hyeon J. PARK
14
    DATED:
15                                      _____
                                        GEORGE WALKER
16                                      Counsel for Defendant Mi Young SIM

17  DATED:
                                        _____
18                                      KENNETH WINE
                                        Counsel for Defendant Mo Sook YANG
19
    DATED:
20                                      _____
                                        MICHAEL HINKLEY
21                                      Counsel for Defendant Eugene YI

22  DATED:
                                        _____
23                                      MARK VERMEULEN
                                        Counsel for Defendant Kum Pae YI
24
    DATED: 7/25/05
25                                      _____
                                        ERIK BABCOCK
26                                      Counsel for Defendant Won Seok YOO

27  DATED:
                                        _____
28                                      STEPHEN SHAIKEN
                                        Counsel for Defendant Hang Joe YOON

    PROTECTIVE ORDER
    [CR 05-00395 MMC]                              5

1   DATED: _____        _____
                                         DIANA WEISS
2                                        Counsel for Defendant Young Joo LEE

3   DATED: _____        _____
4                                        ROBERT F. KANE
                                         Counsel for Defendant Ahdi M. NASHASHIBI
5

6   DATED: _____        _____
7                                        EDWARD SWANSON
                                         Counsel for Defendant Trong Du NGUYEN
8

9   DATED: _____        _____
10                                       EDWARD HUNG
                                         Counsel for Defendant Yon Suk PANG
11

12  DATED: _____        _____
                                         GERI L. GREEN
13                                       Counsel for Defendant Hyeon J. PARK

14  DATED: _____        _____
15                                       GEORGE WALKER
                                         Counsel for Defendant Mi Young SIM
16

17  DATED: _____        _____
                                         KENNETH WINE
18                                       Counsel for Defendant Mo Sook YANG

19  DATED: _____        _____
20                                       MICHAEL HINKLEY
                                         Counsel for Defendant Eugene YI
21

22  DATED: _____        _____
                                         MARK VERMEULEN
23                                       Counsel for Defendant Kum Pae YI

24  DATED: _____        _____
25                                       ERIK BABCOCK
                                         Counsel for Defendant Won Seok YOO
26
27  DATED: 7/21/01                        _____
                                         STEPHEN SHAIKEN
28                                       Counsel for Defendant Hang Joe YOON

PROTECTIVE ORDER                              5
[CR 05-00395 MMC]

1   DATED:        7/21/05

2                                                BRIAN P. BERSON
                                                 Counsel for Defendant Chang Soo YOUN
3

4                                                **ORDER**

5        IT IS SO ORDERED.

6

7   DATED:

                                                 MAXINE M. CHESNEY
8                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
[CR 05-00395 MMC]                        6

1

DATED:

2
_____
BRIAN P. BERSON
Counsel for Defendant Chang Soo YOUN

3

4

**ORDER**

5

IT IS SO ORDERED.

6

7

DATED: 7·27·2005

_____
MAXINE M. CHESNEY → CHARLES R. BREYER
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER
[CR 05-00395 MMC]

6