1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00395 CRB |
|---|---|---|
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 13, 2005 TO JULY 27, 2005 UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| YOUNG JOON YANG, aka Yang, WU SANG NAH, aka Kang SUNG YONG KIM, aka Nam, aka Mr. Kim, HANG JOE YOON, aka Mr. Lee, MYONG SU AHN, aka Paula Lee, NAM YOUNG LEE, FRED A. FRAZIER, TRONG DU NGUYEN, aka John AHDI M. NASHASHIBI, YOUNG JOO LEE, MIN YOUNG BANG, IN SEUNG KIM, SEYUN KIM, EUGENE YI, CHANG SOO YOUN, MO SOOK YANG, KEUN SUNG LEE, aka Kenneth, MYUNG JIN CHANG, WON SEOK YOO, JIMMY GONG YAN LEE, AESUN KIM, aka Mami, HYEON J. PARK, ANTHONY GAR LAU, MI YOUNG SIM, aka Jackie, KUM PAE YI, HAN LEE, HYE CHA KIM, aka Kelly, JIN AH KANG, YON SUK PANG, aka Nana, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

//

1  On July 13, 2005, defendants in the above-captioned matter appeared, with counsel, before the Court for an initial appearance.[1] Assistant United States Attorney Peter B. Axelrod and Department of Justice Trial Attorney Andrew Kline appeared on behalf of the United States.

The parties agreed to a continuance of the matter to July 27, 2005, and a corresponding exclusion of time under the Speedy Trial Act ( 18 U.S.C. § 3161), to provide defense counsel with sufficient time to review the recently provided discovery (which included pleadings related to more than 20 material witnesses for the government) and to meet and confer with the government regarding the production of additional discovery including voluminous wire intercepts in the Korean language, search warrant documents and reports relating to alien females in immigration proceedings.

Accordingly, the Court HEREBY ORDERS that the matter is continued to July 27, 2005, at 2:30 p.m. for a trial setting/status conference before this Court.

The Court FURTHER ORDERS that the time from July 13, 2005 to July 27, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  For the reasons set forth above, the Court finds that the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  The Court further finds the exclusion warranted for continuity of counsel and to allow the defense the opportunity to assess the complexity of the case.  Thus, the Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv).

IT IS SO ORDERED.

DATED:

  August 09, 2005

Charles R. Breyer
U.S. DISTRICT JUDGE

APPROVED
Judge Charles R. Breyer

---

[1] All of defendants, except Wu Sang N___ ___ ___ng KIM (both of whom had not been arrested) and Keung Sung LEE, were present at the hearing, which was conducted before the Honorable Maxine M. Chesney.

2