RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, California 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711

Attorney for Defendant
Min Young Bang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG JOON YANG, et al.,<br><br>Defendants.<br>_____/ | NO. CR. 05-00395-CRB<br>NO. CR. 05-00447-CRB<br><br>**Order Permitting Defendants**<br><br>**To Use MP3 At Glenn Dyer Jail** |

GOOD CAUSE SHOWN, based on the declaration of Randy Sue Pollock, CJA liaison counsel, IT IS HEREBY ORDERED that the following federal inmates, who are housed at the North County Jail in Oakland, be permitted to use two MP3s in order to listen to the discovery in this case:

MIN YOUNG BANG (ULD 272); SEYUN KIM (ULD 334);

YOUNG JOON YANG (BCV934); CHANG SOO YOUN (BCV934);

IN SEUNG KIM (ULD 268), and YOUNG JOO LEE (ULD 273)

DATE: September 06, 2005

_____
Charles R. Breyer
United States District Court Judge