1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   MONICA FERNANDEZ (CSBN 168216)
5  Assistant United States Attorneys

6  ANDREW KLINE (DCBN 441845)
   J. EVANS RICE III (DCBN 481768)
7  Trial Attorneys, U.S. Department of Justice

8       450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
9       Telephone:  (415) 436-6774/7065
        Fax: (415) 436-7234
10
   Attorneys for the United States
11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN FRANCISCO DIVISION
14

15 | UNITED STATES OF AMERICA,        )  No. CR 05-00395 CRB
                                      )
16 |     Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                      )  SUPPLEMENTAL PROTECTIVE ORDER
17 |     v.                           )  REGARDING DISCOVERY AS TO
                                      )  DEFENDANT WU SANG NAH
18 | YOUNG JOON YANG, aka Yang,       )
     WU SANG NAH, aka Kang            )
19 | SUNG YONG KIM, aka Nam, aka Mr. Kim,)
     HANG JOE YOON, aka Mr. Lee,      )
20 | MYONG SU AHN, aka Paula Lee,     )
     NAM YOUNG LEE,                   )
21 | FRED A. FRAZIER,                 )
     TRONG DU NGUYEN, aka John        )
22 | AHDI M. NASHASHIBI,              )
     YOUNG JOO LEE,                   )
23 | MIN YOUNG BANG,                  )
     IN SEUNG KIM,                    )
24 | SEYUN KIM,                       )
     EUGENE YI,                       )
25 | CHANG SOO YOUN,                  )
     MO SOOK YANG,                    )
26 | KEUN SUNG LEE, aka Kenneth,      )
     MYUNG JIN CHANG,                 )
27 | WON SEOK YOO,                    )
     JIMMY GONG YAN LEE,              )
28 | AESUN KIM, aka Mami,             )

                                   1

| | |
|---|---|
| 1 | HYEON J. PARK, ) |
|   | ANTHONY GAR LAU, ) |
| 2 | MI YOUNG SIM, aka Jackie, ) |
|   | KUM PAE YI, ) |
| 3 | HAN LEE, ) |
|   | HYE CHA KIM, aka Kelly, ) |
| 4 | JIN AH KANG, ) |
|   | YON SUK PANG, aka Nana, ) |
| 5 | ) |
|   |         Defendants.     ) |
| 6 | _____) |

The United States, through its counsel of record, and the defendants, through their counsel of record, hereby agree and stipulate that the government will provide discovery on the following conditions:

1. <u>Protected Material</u>

The discovery produced in this matter is deemed Protected Material.  Possession of copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons.  The defendants, their attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendants in this case.  The defendants, their attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order.  Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding efforts taken by the government to redact personal information of

No.  CR 05-00395 CRB
SUPPLEMENTAL PROTECTIVE ORDER

2

1  witnesses from the discovery provided to the defense (such as date of birth, social security
2  numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the
3  defense team agree that, should any such information be found during their review of this
4  material, they will not provide that personal information in any form – whether in verbal, written
5  or electronic format – to any third party, for any reason whatsoever.

    2     Nontermination

   The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court.  Within 30 days of a verdict or guilty plea, the defendants' attorneys of record shall return all copies of any Protected Material (including all copies provided to the defendants, their attorneys of record, and members of the defense team) to the United States Attorney's Office for the Northern District of California.

   SO STIPULATED.


DATED: September 13, 2005          /s/ Monica Fernandez
                                   PETER B. AXELROD
                                   MONICA FERNANDEZ
                                   Assistant United States Attorneys

                                   ANDREW KLINE
                                   J. EVANS RICE III
                                   Trial Attorneys, U.S. Department of Justice


DATED: September 12, 2005          /s/ James Bustamante
                                   JAMES BUSTAMANTE
                                   Counsel for Defendant Wuh Sang NAH


                        **ORDER**

   IT IS SO ORDERED.


DATED:  September 14, 2005
                                   ~~CHARLES R. BREYER~~
                                   ~~United States District Judge~~
                                   ELIZABETH D. LAPORTE
                                   United States Magistrate Judge

No.  CR 05-00395 CRB
SUPPLEMENTAL PROTECTIVE ORDER

3