1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 |
3 | EUMI L. CHOI (WBN 0722)
Chief, Criminal Division
4 | PETER B. AXELROD (CSBN 190843)
Assistant United States Attorney
5 |
6 | ANDREW KLINE (DCBN 441845)
Trial Attorney, U.S. Department of Justice
7 |   450 Golden Gate Avenue, 11th Floor
  San Francisco, California 94102
8 |   Telephone: (415) 436-6774
  Fax: (415) 436-7234
9 |
10 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00395 CRB |
| Plaintiff, | STIPULATION REGARDING DRAFT TRANSCRIPTS |
| v. | |
| Young Yoon YANG, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CR 05-00447 CRB |
| Plaintiff, | |
| v. | |
| Misuk MOORE, et al., | |
| Defendants. | |
| UNITED STATES OF AMERICA, | CR 05-00613 CRB |
| Plaintiff, | |
| v. | |
| Chang Kun KIM, | |
| Defendant | |

STIPULATION RE: DRAFT TRANSCRIPTS
[CR 05-00395; CR 05-00447; CR 05-00613 CRB]          1

1  The United States of America, by and through his counsel Kevin V. Ryan, United States
2  Attorney for the Northern District of California and Peter B. Axelrod, Assistant United States
3  Attorney and all defendants, by and through their counsel of record hereby agree as follows:
4  A. Draft Transcripts
5  That at defense request, the United States has agreed to provide draft copies of the transcripts
6  of the recorded conversations. These draft transcripts are the in electronic form.
7  All parties agree that the draft transcripts may contain errors with respect to the transcription
8  of the material on the recording, date and time of the call, spelling, the identification of speakers
9  or voices, or translation of phrases from foreign languages or code into the English language. All
10 parties further agree that the draft transcripts prepared by the government will not be used in any
11 manner to impeach the final transcript at any hearing or at trial. Further, all parties agree that the
12 draft transcripts will not be used by the defense to question or cross-examine any witness at any
13 hearing or trial concerning the content or preparation of the transcripts, voice identification or
14 translation.
15 Further, all parties stipulate and agree that in order to prepare a stipulated set of transcripts
16 for the jury at trial the following procedure shall be used by the defense to identify portions of the
17 transcripts as to which they disagree. The defense shall deliver to the United States the hard copy
18 of the government transcript containing the defense proposed changes. The proposed changes to
19 the transcript shall be hand written on the government draft transcript clearly indicating the
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION RE: DRAFT TRANSCRIPTS
[CR 05-00395; CR 05-00447; CR 05-00613 CRB]          2

1  proposed words to be changed. The defense shall also deliver in electronic form, a defense
2  version of the transcript containing the typed proposed changes.
3
4      SO STIPULATED.
5
6  DATED: _____
                PETER B. AXELROD
                MONICA FERNANDEZ
7               Assistant United States Attorney
8               ANDREW KLINE
                J. EVANS RICE III
9               Trial Attorneys, U.S. Department of Justice
10
11 DATED: 11/6/05  _____
                RICHARD TAMOR
12              Counsel for Defendant Young Joon YANG
13
14 DATED: _____
                GARY LAFF
                Counsel for Defendant Myong Su AHN
15
16 DATED: _____
                RANDY S. POLLOCK
17              Counsel for Defendant Min Young BANG
18
19 DATED: _____
                MICHAEL STEPANIAN
                Counsel for Defendant ~~Myung Jin CHANG~~
20                                     MISUK MOORE
21 DATED: _____
                J. FRANK MCCABE
22              Counsel for Defendant Fred FRAZIER
23
24 DATED: _____
                MICHAEL BERGER
                Counsel for Defendant Jin Ah KANG
25
26 DATED: _____
                ERIN CRANE
27              Counsel for Defendant Aesun KIM
28
   DATED: _____
   Dec. 1, 2005                        MAN
                                       ndant Hye Cha KIM

STIPULATION RE: DRAFT TRANSCR...
[CR 05-00395; CR 05-00447; CR 05-006...]

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

00000003