```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WBN 0722)
 3  Chief, Criminal Division

 4  PETER B. AXELROD (CSBN 190843)
    LAUREL BEELER (CSBN 187656)
 5  Assistant United States Attorneys

 6      450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
 7      Telephone: (415) 436-6774
        Fax: (415) 436-7234
 8
    Attorneys for the United States
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00395 CRB |
| Plaintiff, ) | |
| v. ) | |
| YOUNG JOON YANG, et al., ) | |
| Defendants ) | |
| ) | No. CR 06-0101 ~~VRW~~ CRB |
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] SUPPLEMENTAL PROTECTIVE ORDER REGARDING DISCOVERY AS TO DEFENDANT HYON CHU YIM |
| v. ) | |
| YON SUK PANG, ) | |
|     a/k/a Yon S. Pang, ) | |
|     a/k/a Nana, and ) | |
| HYON CHU YIM, ) | |
|     a/k/a Hyon C. Yim, ) | |
|     a/k/a Tina, ) | |
| Defendants. ) | |

   The United States, through its counsel of record, and defendant Hyon Chu Yim, through her

PROTECTIVE ORDER
[CR 05-00395 CRB, CR 06-0101 VRW]

counsel of record, hereby agree and stipulate that the government will provide discovery on the following conditions:

1. Protected Material

The discovery produced in this matter is deemed Protected Material. Possession of copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, law clerks, translators, interpreters, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. The defendants, their attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of the defendants in this case. The defendants, their attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending the defendant in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order. Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding efforts taken by the government to redact personal information of witnesses from the discovery provided to the defense (such as date of birth, social security numbers, addresses, phone numbers, etc.), defense counsel, the defendants and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

2  Nontermination

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of a verdict or guilty plea, the defendants' attorneys of record shall return all copies of any Protected Material (including all copies provided

1  to the defendants, their attorneys of record, and members of the defense team) to the United
2  States Attorney's Office for the Northern District of California.
3      SO STIPULATED.

DATED: 3/10/06            /S/  PETER B. AXELROD_____
                                     PETER B. AXELROD
                                     LAUREL BEELER
                                     Assistant United States Attorneys

DATED: 3/8/06              /S/ JOSEPH SULLIVAN_____
                                     JOSEPH O'SULLIVAN
                                     Counsel for Defendant HYON CHU YIM

**ORDER**
IT IS SO ORDERED.

DATED:    March 16, 2006

_____
CHARLES R. BREYER
United States District Judge



PROTECTIVE ORDER
[CR 05-00395 CRB, CR 06-0101 VRW]