RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, California 94609
Telephone:  (510) 763-9967
Facsimile:   (510) 272-0711

Attorney for Defendant
Min Young Bang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| UNITED STATES OF AMERICA, | NO. CR. 05-00395-CRB |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF COUNSEL IN SUPPORT OF RETURN OF DEFENDANT S PASSPORT** |
| YOUNG  JOON  YANG, et al., | _____ |
| Defendants. | |
| _____/ | |

I,  Randy Sue Pollock, declare and state as follows:

1. That I am an attorney duly licensed to practice law before the Courts of the State of California and the United States District Court for the Northern District of California;.

2. That I am the court-appointed counsel for defendant Min Young Bang, in CR. No. 05-00395-CRB;

3. This declaration is made in support of an *ex parte application* of defendant for the return of his Korean;

4. On July 7, 2006, defendant Bang was sentenced to three years supervised release;

5. On October 2, 2006, Mr. Bang appeared before the Immigration Court and was granted a voluntary departure.  He is a citizen of Korea;

6. Mr. Bang is scheduled to leave the United States in the first week of March;

7. In order to finalize his travel plans Mr. Bang needs his passport that was surrendered to this Court on December 19, 2005;

8. AUSA Peter Axelrod has no objection to returning the passport to Mr. Bang so that he can go back to Korea.

I declare under penalty that the above is true and correct to the best of my knowledge. Executed this 25th day of February, 2007 in Oakland, CA.

/s/ Randy Sue Pollock
Randy Sue Pollock

2

1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile:  (510) 272-0711
4
   Attorney for Defendant
5  MIN YOUNG BANG

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                                ooo
11

12  UNITED STATES OF AMERICA,          CR. 05-00395-CRB

13          Plaintiff,

14  vs.                                [PROPOSED] ORDER TO RETURN
                                       PASSPORT TO DEFENDANT
15
    YOUNG JOON YANG, et al.
16
            Defendants
17
    _____/
18

19       GOOD CAUSE SHOWN, based on the fact that defendant Min Young Bang has been

20  sentenced and is on supervised release and plans to return to Korea in March 2007,

21  IT IS HEREBY ORDERED that his passport that was surrendered to the U.S. District Court

22  Clerk on December 19, 2005, shall be returned to him.

23

24
    Date:   February 27 , 2007
25
                                       U.S. DISTRICT COURT JUDGE
26                                     IT IS SO ORDERED
                                       Judge Charles R. Breyer
27

28