TAMOR & TAMOR
RICHARD A. TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant YOUNG JOON YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-05-00395 CRB (EMC) |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER REGARDING ELECTRONIC MONITORING |
| YOUNG JOON YANG, et al. | |
| Defendants | |

      Richard A. Tamor, counsel for the defendant YOUNG JOON YANG, and Assistant United States Attorney, Peter B. Axelrod, counsel for the UNITED STATES, with the Court's Permission, hereby stipulate as follows:

      1. YOUNG JOON YANG is currently being supervised under electronic home monitoring by Pre-Trial Services pursuant to a $208,000 appearance bond. This appearance bond is currently secured by a parcel of real property located at 150 Crescent Plaza, Pleasant Hill, CA 94523. YOUNG JOON YANG, his wife Mo Sook Yang, and Pastor Kim are also sureties for this appearance bond. The government is in possession of both Mr. Yang's passport and his green card.

      2. Mr. Yang has been gainfully employed full time for almost 7 months since his

1

1  release, but due to his deteriorating financial condition he will need to find further
2  employment in the evenings and weekends to support his wife and 4 young children. To
3  acquire a second job, Mr. Yang respectfully requests to be relieved of the electronic home
4  monitoring requirement so as to be able to work night and weekend shifts.

5      3. Richard Tamor, counsel for Mr. Yang, has spoken to U.S. Pre-Trial Services
6  Officer Richard Sarlatte, who is currently supervising Mr. Yang. Mr. Sarlatte has
7  informed Mr. Tamor that Mr. Yang has complied with all the terms and conditions of his
8  supervision and has been employed for almost for almost 7 months. Mr. Sarlatte also
9  stated that he has no objection to Mr. Yang being relieved from the electronic home
10 monitoring requirement.

11     4. Assistant United States Attorney, Peter B. Axelrod, the prosecutor assigned to
12 this matter, has no objection to Mr. Yang being relieved from the electronic home
13 monitoring requirement so long as Mr. Yang continues to be supervised at the direction of
14 U.S. Pre-Trial Services.

15     5. The parties would therefore stipulate that Mr. Yang be relieved of the electronic
16 home monitoring requirement of his release with U.S. Pre-Trial Services continuing to
17 supervise Mr. Yang at its discretion.

20 Date: September 27, 2007                    _____/S/_____
                                              RICHARD A. TAMOR, ESQ.
21                                            Attorney for Defendant,
                                              YOUNG JOON YANG

23     October 2, 2007                        _____/S/_____
                                              PETE AXELROD, ESQ.
24                                            Assistant United States Attorney
                                              Attorney for the United States

27 U.S. v. YOUNG JOON YANG, CR 05-00395 CRB; SIPULATION AND [PROPOSED] ODER RE: ELECTRONIC
28 HOME MONITORING                                                                    2

**ORDER**

Based upon the stipulation of the parties,

**Defendant, YOUNG JOON YANG, shall be relieved of the electronic home monitoring requirement as condition of his release.**

**U.S. Pre-Trial Services shall continue to supervise defendant, YOUNG JOON YANG at its discretion.**

**All other terms and conditions of YOUNG JOON YANG's release shall remain the same.**

DATED: 10/11/07

_____
Honorable Edward M. Chen
United States Magistrate Judge

U.S. v. YOUNG JOON YANG, CR 05-00395 CRB; SIPULATION AND [PROPOSED] ODER RE: ELECTRONIC HOME MONITORING                                                                 3